LEOPOLD RODRIGUEZ V. THE STATE.

No. 9470.   Delivered November 11, 1925.

**Carrying a Pistol—Indictment—Held Sufficient.**

There were no defensive issues presented on the trial of this cause. No bills of exception appear in the record. The points raised against the indictment are identical with those in the companion case of Francisco Cisneros v. The State, No. 9483, decided adversely to appellant, and reference is made to that case for our views on the subject.

Appeal from the County Court of Willacy County. Tried below before the Hon. W. H. Mead, Judge.

Appeal from a conviction for unlawfully carrying a pistol; penalty, a fine of $100.00.

*Decker & Robinson,* for appellant.

*Sam D. Stinson,* State's Attorney, and *Nat Gentry, Jr.,* Assistant State's Attorney, for the State.

MORROW, PRESIDING JUDGE.—The offense is the unlawful carrying of a pistol; punishment fixed at a fine of $100.00.

The uncontroverted testimony shows that the appellant carried a pistol on or about his person under circumstances violative of the law.

There was no defensive issue presented. The record is without bills of exception.

The points made against the indictment in the present case are identical with those in the companion case of Francisco Cisneros v. State, No. 9482, save that in the present case the District Court number was 37, and the County Court number was 45. As to our views touching the subject, reference is made to the companion case, No. 9483, this day decided.

Finding no error in the record, the judgment is affirmed.

*Affirmed.*